

1740 Broadway   T: 212.468.4800   www.dglaw.com
New York, NY 10019   F: 212.468.4888

Direct Dial: 212.468.4935
Personal Fax: 212.974.7058
Email: jpruzansky@dglaw.com

May 17, 2019

**Via ECF**
Hon. Frederic Block, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        RE:    *Ansdher Civil, et al. v. Starrett City, Inc., et al.,*
               Index No.: 18-cv-02256 (FB)(PK)

Dear Judge Block:

       This firm represents BSC Owner LLC ("BSC"). As further set forth in the Joint Motion for Preliminary Approval of Settlement filed by Plaintiffs' counsel with this Court earlier today, BSC (referred to as "Purchaser" in the proposed settlement papers) seeks to join in the proposed settlement reached by the parties in the above-captioned action. Under these circumstances, BSC and the undersigned respectfully request that the "Notice of Appearance" attached hereto be entered in this action.

                                     Respectfully,

                                     /s/ Jason E. Pruzansky
                                   Jason E Pruzansky, Esq.

                                   1740 Broadway
                                   New York, NY 10019
                                   jpruzansky@dglaw.com
                                   (phone) (212) 468-4935
                                   (fax)  (212) 974-7058

                                   *Attorneys for BSC Owner LLC*

cc:    All counsel (via ECF)

Encl.

1974846.1 29460-0001-000